**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WILEY Y. DANIEL**

---

Courtroom Deputy:   Robert R. Keech          Date:   April 9, 2014
E.C.R./Reporter:       Mary George

---

Civil Action No:   **12-cv-02446-WYD-KLM**          Counsel:

**A.W. INTERIORS, INC.**,                                          Scott C. Long

       Plaintiff,

v.

**THE TRAVELER'S INDEMNITY**                          Nancy L. Pearl
**COMPANY**,

       Defendant.

---

**COURTROOM MINUTES**

---

**MOTION HEARING**

**10:08 a.m.**     Court in Session

              APPEARANCES OF COUNSEL.

              Court's opening remarks.

              Defendant's Motion for Summary Judgment [ECF Doc. No. 25], filed May 15, 2013 and Plaintiff's Motion for Summary Judgment on Breach of Duty to Defend [ECF Doc. No. 26], filed May 15, 2013, are raised for argument.

10:12 a.m.     Argument by Plaintiff (Mr. Long).

10:30 a.m.     Argument by Defendant (Ms. Pearl).

10:47 a.m.     Argument by Plaintiff (Mr. Long).

**ORDERED:**     Defendant's Motion for Summary Judgment [ECF Doc. No. 25], filed May 15, 2013, is **TAKEN UNDER ADVISEMENT.**

**ORDERED:**     Plaintiff's Motion for Summary Judgment on Breach of Duty to Defend [ECF Doc. No. 26], filed May 15, 2013, is **TAKEN UNDER ADVISEMENT.**

10:51 a.m.     Discussion regarding the status of the case.

**10:51 a.m.**     Court in Recess - HEARING CONCLUDED.

**TOTAL TIME:   :43**